Brian Ellis **VALBERT**, Plaintiff–Appellant,

v.

**SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH; Gaylan Sanders, Mr.; Harold Alexander, Mr.; Peggy Wadman, Dr.**, Defendants–Appellees.

No. 13–7562.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Brian Ellis Valbert, Appellant Pro Se. James E. Parham, Jr., Irmo, South Carolina, for Appellees.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Ellis Valbert appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Valbert v. South Carolina Dep't of Mental Health*, No. 9:12–cv–01973–RBH, 2013 WL 4500455 (D.S.C. Aug. 20, 2013). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*